UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

CASE NO.: 5:21-cv-189

TIVIA PROUT, *individually and
on behalf of all others similarly situated*,

    Plaintiff,

v.

OPTIMUM OUTCOMES, INC.,

    Defendant.

_____

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Tivia Prout and Defendant Optimum Outcomes, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss the instant action. All claims of Plaintiff, individually, are hereby dismissed <u>without</u> prejudice. All claims of the putative class members are hereby dismissed <u>without</u> prejudice.

Date: August 11, 2021

                              Respectfully Submitted,

                              **THE VAN WINKLE LAW FIRM**

By:    /s/ David M. Wilkerson
         David M. Wilkerson
         NC State Bar No. 35742
         Attorney for Plaintiff
         11 N. Market Street
         Asheville, North Carolina 28801
         (828)258-299 (phone)
         (828)257-2767 (fax)
         dwilkerson@vwlawfirm.com
         *Counsel for Plaintiff*

         /s/ Deborah Ausburn
         Deborah A. Ausburn
         Bar Number 20266
         *Attorneys for Optimum Outcomes, Inc.*
         Taylor English Duma LLP
         1600 Parkwood Circle – Suite 400
         Atlanta, Georgia 30339
         (770) 434-6868
         (770) 434-7376 (Facsimile)
         dausburn@taylorenglish.com
         *Counsel for Defendant*